Date: 02/22/10　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page: 1

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-11389 - SEYMOUR, TRICIA LYNN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Hutchinson Clinic<br>2101 N Waldron St<br>Hutchinson KS 67502-1131 | 000001 | 195.00 | 3.79 |
| Dr Dana Weinreich DDS<br>11050 N Saguaro Blvd Ste 101<br>Fountain Hills AZ 85268 | 000005 | 94.80 | 1.84 |
| Ashley Funding Services LLC its successors and assigns as assignee of Laboratory Corp of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 000007 | 81.30 | 1.58 |
| ---------- Remittance Total ---------- | | 371.10 | 7.21 |

STEVEN L. SPETH, Trustee



FILED
AT WICHITA, KS
FEB 23 2010
CLERK
U.S. Court of Bankruptcy
By _____ Deputy

```
UNITED STATES
BANKRUPTCY CT-KANSAS

       Wichita Division

# 00127303 - HO
February 23, 2010  9

Code   Case #    Qty    Amount

SMALL DI 08-11389         3.79 CH
  Debtor - SEYMOUR
SMALL DI 08-11389         1.84 CH
  Debtor - SEYMOUR
SMALL DI 08-11389         1.58 CH
  Debtor - SEYMOUR


TOTAL     7.21


FROM: Steven L. Speth
      300 West Douglas
      Suite 230
      Wichita, KS 67202
```